✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Category No. __II__  Investigating Agency __FBI__

**City** __Boston__  **Related Case Information:**

**County** __Suffolk, Plymouth__  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Waqas Ali__  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __692 Summer Street, Abington, MA 02351__

Birth date (Yr only): __1989__  SSN (last4#): _____  Sex __M__  Race: __Black__  Nationality: _____

**Defense Counsel if known:** __Frank Fernandez__  Address __185 Devonshire St Suite 302__

**Bar Number** _____  __Boston, MA 02110__

**U.S. Attorney Information:**

AUSA __Mackenzie A. Queenin__  Bar Number if applicable __688114__

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ─── ☐ Misdemeanor ─── ☑ Felony __II__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/19/2020  Signature of AUSA: /s/Mackenzie A. Queenin

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1343 | Wire Fraud | |
| Set 2 | 18 USC 1956 | Money Laundering | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____